# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kallon, Abdul K. | Northern District of Alabama | 12/05/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

419 Hugo Black United States Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Children's Village Board of Directors |
| 2. | Chair | Beta Kappa Boule Charitable Foundation |
| 3. | Director | Alabama Law Foundation |
| 4. | Director | Bethel Baptist Historic Renovation Foundation |
| 5. | Director | Habitat for Humanity Birmingham |
| 6. | Advisor | Robert R. Meyer Foundation Advisory Committee |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | United States Federal Courts -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | May 20 - June 15, 2018 | Durham, NC | Education | Tuition and Room and Board |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 12/05/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae | Co-signer of student loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 12/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Account 1 | A | Interest | J | T | | | | | |
| 2. Regions Bank Account 2 | A | Interest | J | T | | | | | |
| 3. Regions Bank Account 3 | A | Interest | J | T | | | | | |
| 4. Bank of America Account | A | Interest | J | T | | | | | |
| 5. American Express Bank | A | Interest | K | T | | | | | |
| 6. Goldman Sachs Marcus Bank | A | Interest | K | T | | | | | |
| 7. Rental Property #1, Montgomery, AL (2009 $164,000) | A | Rent | | | Sold | 04/16/18 | M | | |
| 8. Rental Property #2, Birmingham, AL (2015 $617,000) | D | Rent | O | R | | | | | |
| 9. Merril Edge CMA Account (H) (was NBC Brokerage Account) | | | | | | | | | |
| 10. --Amazon.Com | | None | K | T | | | | | |
| 11. --Berkshire Hathaway Class B | | None | M | T | | | | | |
| 12. --Energen Corp | | None | | | Sold | 11/30/18 | J | | |
| 13. --Diamondback Engery | | None | J | T | Spinoff (from line 12) | 11/30/18 | J | | |
| 14. --ExxonMobil | A | Dividend | | | Sold | 10/16/18 | J | A | |
| 15. --Facebook | | None | J | T | | | | | |
| 16. --General Electric | | None | J | T | Buy | 11/09/18 | J | | |
| 17. --Google Common Stock -- Class A | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 12/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Google Class C | | None | K | T | | | | | |
| 19. --Mueller Water Products | A | Dividend | J | T | | | | | |
| 20. --Vulcan Materials Common Stock | A | Dividend | K | T | | | | | |
| 21. --Walter Energy | | None | | | Sold | 07/25/18 | J | A | |
| 22. --Merril Lynch Direct Deposit (was RBC Bank Deposit Program) | A | Interest | J | T | | | | | |
| 23. Schwab Brokerage IRA (H) (was Vanguard IRA) | | | | | | | | | |
| 24. --Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 25. --Vanguard Mid-Cad Index Fund | B | Dividend | M | T | | | | | |
| 26. --Vanguard Small Cap Growth Index Fund | B | Dividend | M | T | | | | | |
| 27. --Vanguard Total Int'l Stock Index Fund | C | Dividend | M | T | | | | | |
| 28. --Vanguard Wellington Fund | D | Dividend | N | T | | | | | |
| 29. Vanguard Roth IRA (H) | | | | | | | | | |
| 30. --Vanguard 500 Index Fund | A | Dividend | L | T | Buy (add'l) | 03/09/18 | K | | |
| 31. --Vanguard Mid-Cad Index Fund | A | Dividend | | | Sold | 03/09/18 | K | B | |
| 32. --Vanguard Small Cap Growth Index Fund | A | Dividend | | | Sold | 03/09/18 | K | B | |
| 33. --Vanguard Total Int'l Stock Index Fund | A | Dividend | K | T | Buy (add'l) | 03/09/18 | K | | |
| 34. Vanguard Brokerage Account (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 12/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- High Dividend Yield Fund | A | Dividend | | | Sold | 03/09/18 | K | C | |
| 36. --Total Stock Market Index Fund | A | Dividend | L | T | Buy (add'l) | 03/09/18 | K | | |
| 37. Merrill Edge Account (H) | | | | | | | | | |
| 38. --Alibaba | | None | J | T | Buy (add'l) | 05/18/18 | J | | |
| 39. --Amazon | | None | N | T | Buy (add'l) | 01/03/18 | J | | |
| 40. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 41. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 42. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 43. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 44. --Apple | A | Dividend | K | T | Buy (add'l) | 06/29/18 | J | | |
| 45. --Bank of America | A | Dividend | K | T | | | | | |
| 46. --Buckeye Partners | B | Dividend | J | T | | | | | |
| 47. --China Mobile | A | Dividend | J | T | | | | | |
| 48. China Telecom | A | Dividend | J | T | | | | | |
| 49. --Cisco | A | Dividend | J | T | | | | | |
| 50. --Clearbridge Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 51. --Clearbridge Large Cap Growth | A | Dividend | K | T | Sold (part) | 09/07/18 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 12/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Clearbridge Large Cap Value | A | Dividend | K | T | | | | | |
| 53. --DSW | | None | J | T | | | | | |
| 54. --Dunkin | A | Dividend | J | T | | | | | |
| 55. --Facebook | | None | L | T | Buy (add'l) | 01/25/18 | J | | |
| 56. | | | | | Sold (part) | 05/07/18 | J | A | |
| 57. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 58. --First Solar | | None | J | T | Buy (add'l) | 01/16/18 | J | | |
| 59. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 60. --Ford | A | Dividend | J | T | | | | | |
| 61. --Goldman Sachs | A | Dividend | J | T | | | | | |
| 62. --Google Class A | | None | K | T | | | | | |
| 63. --Google Class C | | None | L | T | Sold (part) | 04/10/18 | J | B | |
| 64. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 65. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 66. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 67. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 68. --General Electric | A | Dividend | J | T | Buy (add'l) | 04/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 12/05/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --JP Morgan Chase | A | Dividend | J | T | | | | | |
| 70. --Lord Abbett Intermediate Tax Free | A | Dividend | J | T | Sold (part) | 02/28/18 | K | A | |
| 71. --Lord Abbett Growth Leaders | A | Distribution | | | Sold | 02/28/18 | K | D | |
| 72. --Nissan | A | Dividend | J | T | | | | | |
| 73. --Pfizer | A | Dividend | J | T | | | | | |
| 74. --Proctor & Gamble | | None | J | T | | | | | |
| 75. --Regions | A | Dividend | J | T | | | | | |
| 76. --Republic Bancorp | A | Dividend | K | T | | | | | |
| 77. --Tesla | | None | J | T | Buy (add'l) | 08/21/18 | J | | |
| 78. | | | | | Sold (part) | 12/10/18 | J | A | |
| 79. --Tocqueville Int'l Value | A | Dividend | J | T | Buy (add'l) | 01/05/18 | J | | |
| 80. --Toyota | A | Dividend | J | T | | | | | |
| 81. --Twitter | | None | J | T | | | | | |
| 82. --Vanguard FTSE Emerging | | None | J | T | | | | | |
| 83. --Vanguard Dividend Growth | A | Dividend | J | T | | | | | |
| 84. --Vanguard 500 Index | A | Dividend | K | T | Buy (add'l) | 02/12/18 | J | | |
| 85. | | | | | Buy (add'l) | 10/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 12/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 87. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 88. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 89. --Vanguard Small Cap | A | Dividend | J | T | | | | | |
| 90. --Verizon | A | Dividend | J | T | | | | | |
| 91. --Zoe's | | None | | | Distributed | 11/23/18 | J | A | |
| 92. Wells Fargo Small Cap World Fund | C | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kallon, Abdul K. | 12/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, the rental property in line 8 is actually the detached garage apartment located on our residence. For that reason, the mortgage is not listed as a liability in Part VI.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kallon, Abdul K. | 12/05/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Abdul K. Kallon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544